UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **LAKISHA DAVIS,** | ) | Case No. 1:20-cv-02758 |
| | ) | |
| **Plaintiff,** | ) | Judge Dan A. Polster |
| | ) | |
| **v.** | ) | Magistrate Judge Thomas M. Parker |
| | ) | |
| | ) | **ORDER** |
| **SQE DELIVERY, LLC, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter came for consideration upon the Unopposed Motion of Defendants for Leave to File Under Seal. Upon review of the Motion and for good cause shown, Defendants' Motion is GRANTED. Leave to file under seal applies to: Joint Motion for Approval of the Settlement and Joint Stipulation of Settlement and General Release.

IT IS SO ORDERED.

_____
JUDGE DAN AARON POLSTER

  March 30, 2021
_____
Date

46599279.1